*Granted.*
*/s/ Karen L. Litkovitz*
*10/24/18*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO AT CINCINNATI

GAREY E. LINDSAY, Regional Director of the
Ninth Region of the National Labor Relations Board,
For and On Behalf of the NATIONAL LABOR
RELATIONS BOARD
    Applicant

    v.                                                     Civil No. 1:18-mc-00017

CHRIS KING, AN INDIVIDUAL

    Respondent

## MOTION TO WITHDRAW

To the Honorable Magistrate Judge Litkovitz:

The Applicant respectfully requests to withdraw its Application for Order Requiring Respondent's Obedience to Subpoena Ad Testificandum. Respondent appeared before an agent of the National Labor Relations Board on October 23, 2018 and provided the sworn testimony sought by the subpoena. Therefore, a court order is no longer necessary.

Dated: October 23, 2018

                                        Respectfully Submitted,

                                        /s/ Erik Brinker

                                        Erik Brinker
                                        Attorney for Applicant
                                        Region 9, National Labor Relations Board
                                        3003 John Weld Peck Federal Building
                                        550 Main Street
                                        Cincinnati, Ohio 45202-3271
                                        Phone: (513) 684-3633
                                        Fax: (513) 684-3946
                                        Email: erikbrinker@nlrb.gov
                                        Ohio Bar No. 0092227